**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 12, 2015

Hon. Richard W. B. 'Rick' Davis
Attorney at Law
504 East 27th Street
Bryan, TX 77803
* DELIVERED VIA E-MAIL *

Hon. Jessica Escue
Assistant District Attorney
300 E. 26th St., Ste. 310
Bryan, TX 77803-5361
* DELIVERED VIA E-MAIL *

Hon. Jarvis Parsons
Brazos County District Attorney
300 E. 26th Street, Ste. 310
Bryan, TX 77803
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00080-CR
Tr.Ct.No. 12-01541-CRF-85
Style:   JESSE TIRADO LOPEZ v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    85th District Court
       Hon. Marc Hamlin, Brazos County District Clerk (DELIVERED VIA E-MAIL)